UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| SEAN HENDERSON                  ) | Appeal from the United States District |
|                             ) | Court for the Northern District of Illinois |
| Plaintiff-Appellant,             ) | |
|                             ) | No.  1:19-cv-06380 |
|                             ) | |
|                             ) | Honorable Thomas M. Durkin, |
| v.                             ) | Judge Presiding |
|                             ) | |
| CITY OF CHICAGO  et al         ) | |
|                             ) | |
| Defendant-Appellees             ) | |

**AGREED  MOTION  FOR  VOLUNTARY  DISMISSAL**

I.

     In accordance with discussions held under Federal Rule of Appellate Procedure 33 and with the consent of the Defendants-Appellees, the Plaintiff-Appellant moves the Court to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), each party to bear its own costs.


/s/ Stephen L. Richards

Attorney for Plaintiff-Appellant.

Stephen L. Richards
6191946
53 West Jackson Suite 756
Chicago, Illinois 60604
773-817-6927
Sricha5461@aol.com

✔ **CERTIFICATE OF SERVICE**
**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on   May 16, 2023  , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Stephen L. Richards

☐ **CERTIFICATE OF SERVICE**
**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

counsel / party:

address:

s/_____

s/_____

☐

☐